William Eisenstadt, appellant, v. Interstate Packing Company, appellee.  Gen. No. 31,777.

Action to recover damages for breach of contract.  Judgment against plaintiff for costs.  Appeal from the Municipal Court of Chicago; the Hon. Samuel H. Trude, Judge, presiding.  Heard in the second division of this court for the first district at the March term, 1927.  Reversed and judgment here against defendant for $720 with findings of fact.  Opinion filed October 4, 1927.  Rehearing denied October 17, 1927.

Philip Richard Davis, for appellant; William Friedman, of counsel. Edward J. McArdle, Jr., for appellee.

Mr. Justice Gridley delivered the opinion of the court.

---

August Sandberg and Mary Sandberg, appellees, v. Samuel L. Cooper, appellant.  Gen. No. 31,800.

Action to recover earnest money paid on unconsummated realty sales contract.  Judgment for plaintiffs.  Appeal from the Municipal Court of Chicago; the Hon. James J. O'Toole, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1927.  Reversed and remanded.  Opinion filed October 4, 1927.

Litsinger, Healy & Reid, for appellant.  Charles D. Callahan, for appellees.

Mr. Justice Gridley delivered the opinion of the court.

---

R. A. J. Schneider, appellee, v. Fidelity Construction Company, appellant.  Gen. No. 31,809.

Action to recover commissions on contracts secured for defendants. Judgment for plaintiff.  Appeal from the Municipal Court of Chicago; the Hon. John H. Lyle, Judge, presiding.  Heard in the second division of this court for the first district at the March term, 1927. Reversed and remanded.  Opinion filed October 4, 1927.

Louis W. Mack, for appellant; William H. Tuttle, of counsel. Underwood, Stevens & Timm, for appellee; John E. Timm, of counsel.

Mr. Justice Gridley delivered the opinion of the court.

---

Alice Banta, appellee, v. Mrs. Paul Mattson, appellant.  Gen. No. 31,819.

Enos Kaschassy, appellee, v. Mrs. Paul Mattson, appellant.  Gen. No. 31,820.

Detinue for recovery of goods held on innkeeper's lien.  Judgment for plaintiff.  Appeal from the Municipal Court of Chicago; the Hon. Albert B. George, Judge, presiding.  Heard in the second division of this court for the first district at the March term, 1927. Reversed and remanded.  Opinion filed October 4, 1927.

David Lipman, for appellants.  No appearance for appellees.

Mr. Justice Gridley delivered the opinion of the court.